UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT MOY,

                    Plaintiff,

                                                    Case No. 25-cv-1910-pp

      v.

CITY OF MILWAUKEE and JEFFREY NORMAN,

                    Defendants.

**ORDER REMINDING PLAINTIFF OF OPTION TO FILE AMENDED COMPLAINT IN LIEU OF RESPONDING TO DEFENDANTS' MOTION TO DISMISS (DKT. NO. 5)**

On March 26, 2026, the defendants filed a motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 5. The defendants argue that because the plaintiff cannot establish a constitutionally protected property interest in his probationary police officer position, he has not stated a claim upon which relief can be granted. Dkt. No. 6 at 10.

Under Civil Local Rule 7(b) (E.D. Wis.), if the plaintiff wishes to oppose the motion he must do so within twenty-one days—that is by April 16, 2026. The plaintiff is free to timely file a response to the motion to dismiss, but the court reminds the plaintiff that he has another option—he/ may file an amended complaint to try to cure the alleged deficiencies. See Runnion ex rel. Runnion v. Girl Scouts of Greater Chi. and Nw. Ind., 786 F3d 510, 522 (7th Cir. 2015) (explaining that a responsive amendment may avoid the need to decide the motion or reduce the number of issues decided). Fed. R. Civ. P.

1

15(a)(1) allows the plaintiff to file the amended complaint as a matter of course within twenty-one days after service of the responsive pleading.

The court **ORDERS** that by April 16, 2026 the plaintiff shall file either an amended complaint or a response to the motion to dismiss.

Dated in Milwaukee, Wisconsin this 27th day of March, 2026.

BY THE COURT:

**HON. PAMELA PEPPER**
**Chief United States District Judge**

2